

December 3, 2019

*via ECF*
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York

Re: <u>Rose Mechanical Corp. v. EGP Enterprises, LLC</u>, 19-cv-7796(JMF)

Dear Judge Furman:

This firm is counsel to the Plaintiff in the above referenced matter. On October 28, 2019, the Court scheduled the initial pre-trial conference for December 11 at 4:15 p.m. This afternoon, the Court adjourned the conference to December 12 at 3:00 p.m.

I write to advise the Court that I am obligated to appear before Justice Vincent Martorana in New York State Supreme Court, Suffolk County, in Riverhead, on December 12 at 11:00 a.m. on the matter of *Regateiro v. Hurioglu et al.*, Index No. 610333/2018 and that based upon previous experiences on this case, a strong possibility exists that I will be detained in Riverhead and unable to appear before Your Honor at the time of the conference as currently scheduled. The conference in state court was set in September and no less than five attorneys will be appearing.

I request, with the consent of my adversary, that the initial pre-trial conference be adjourned. Based upon my conversation with your staff, we would like to request that the conference be scheduled for either December 17, 19 or 23.

Thank you for your attention to this matter.

Very truly yours,

BALFE & HOLLAND, P.C.

Lee E. Riger

cc: Michael A. King, Esq. (via ECF)

*The initial pretrial conference previously scheduled for December 12, 2019 is hereby ADJOURNED to **December 19, 2019 at 4:15 p.m.** The conference will be held in Courtroom 11B of the Daniel Patrick Moynihan Courthouse unless ordered otherwise.*

December 4, 2019

135 Pinelawn Road, Suite 125N, Melville, NY 11747 | P: 631.501.1000 | F: 631.501.7699 | balfeholland.com