USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _8/11/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ROSE MECHANICAL CORP.,                          :
                                                :        19-cv-7796 (RWL)
                                  Plaintiff,     :
                                                :
              - against -                       :            **ORDER**
                                                :
EGP ENTERPRISES LLC,                            :
                                  Defendant.     :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Based on the docket, it appears that a court-ordered mediation was scheduled for

July 2, 2020 at 10:30 a.m.  The Court has received no updates on whether that mediation

was successful, nor has it received any updates from the parties on the status of fact

discovery, which was set to close on August 1, 2020.  (*See* Dkt. 30.)  By August 18, 2020,

the parties shall file a joint update informing the Court as to the current status of this

matter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2020
        New York, New York