USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROSE MECHANICAL CORP.,

                Plaintiff,

      - against -

EGP ENTERPRISES LLC,

                Defendant.
-------------------------------------------------------------X

19-cv-7796 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the conference held on March 25, 2021, by April 1, 2021, Plaintiff will meet and confer with Defendant as to potential resolution of this matter. By April 5, 2021, the parties will file a joint letter apprising the Court of status, and in particular whether the parties have reached an agreement; whether the parties would like to have a settlement conference; or whether Plaintiff intends to proceed with a summary judgment motion, in which case the letter should propose a briefing schedule agreed to by the parties.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2021
         New York, New York